FILED FOR RECORD
6/30/2016 4:11:16 PM
MARY MARGARET WRIGHT
COUNTY CLERK
HENDERSON COUNTY, TEXAS

NO. 08077-CCL-15

| | | |
|---|---|---|
| CREATIVE CARE, INC., | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 1 |
| | § | |
| CANDACE RENAE EWING | § | |
| Defendant. | § | HENDERSON COUNTY, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/8/2016 2:48:13 PM
PAM ESTES
Clerk

## NOTICE OF APPEAL

Defendant, Candace Renae Ewing, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and styled of this matter are shown in the above caption.

The judgments or orders appealed from were signed as follows:

1. Default Judgment signed on May 31, 2016.

Candace Renae Ewing desires to appeal such judgment and order.

This appeal is being taken to 12th Court of Appeals.

This notice is being filed by Candace Renae Ewing.

Respectfully submitted,

STARK & GROOM LLP
110 E. Corsicana
Athens, TX 75751
Tel. (903) 675-5691
Fax. (903) 675-6454
Email: stevestark@starkandgroom.com

By: _____
Steve Stark
State Bar No. 19066000

---

Notice of Appeal, Creative Care, Inc.
Vs. Candace Renae Ewing, No. 08077-CCL-15

Page 1

Attorney for Defendant Candace Renae Ewing

## CERTIFICATE OF SERVICE

I certify that on June 30, 2016 a true and correct copy of Candace Renae Ewing's Notice of Appeal was served on all parties or counsel of record in accordance with rules.

Raymond L. Shackelford, III                    Via Fax: 903-887-1860
Shackelford, Hawkins & Searcy, P.C.
427 N. Gun Barrel Lane
Gun Barrel City, Texas 75156

Steve Stark

Print this page

# Case # 08077-CCL-15 (HON. SCOTT WILLIAMS)

## Case Information

| | |
|---|---|
| Location | Henderson County - County Clerk |
| Date Filed | 06/30/2016 04:11:16 PM |
| Case Number | 08077-CCL-15 |
| Case Description | |
| Assigned to Judge | HON. SCOTT WILLIAMS |
| Attorney | Steve Stark |
| Firm Name | Stark & Groom, L.L.P. |
| Filed By | Kathy Johnston |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Steve Stark |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 18359976 |
| Order # | 011429128-0 |

## Motion (No Fee)

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Motion (No Fee) |
| Filing Description | Notice of Appeal |
| Reference Number | Candace Renae Ewing |
| Comments | |
| Status | Accepted |
| Accepted Date | 06/30/2016 04:15:23 PM |

**Fees**

Court Fee                                    $0.00
Service Fee                                  $0.00

**Documents**

*Lead Document*          MX-M365N_20160630_153034.pdf          [Original]   [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Steve Stark<br>stevestark@starkandgroom.com | | EServe | Sent | Yes | Not Opened |
| Raymond L. Shackelford, III<br>rayme@shsfirm.com | | EServe | Sent | Yes | Not Opened |